UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
MISS UNIVERSE L.P., LLLP,

                     **Plaintiff,**

            -v.-                                         06 Civ. 04977 (RJH)

VIRGELIA B. VILLEGAS and VIRGELIA
PRODUCTIONS, INC.

                     **Defendants.**
-------------------------------------------------------------------

## AFFIRMATION OF ANDREA L. CALVARUSO

ANDREA L. CALVARUSO affirms the following to be true under the penalties of perjury:

1.      I am an attorney admitted to practice before the courts of New York, and associated with the law firm of Donovan & Yee LLP, attorneys of record for Plaintiff MISS UNIVERSE L.P., LLLP ("Plaintiff" or "Miss Universe").

2.      I make this affirmation in support of Plaintiff's motion for summary judgment pursuant to FRCP 56, and in opposition to Defendants' Motion for summary judgment pursuant to FRCP 56.

3.      Attached hereto as Exhibit A is the deposition transcript of Anthony Santomauro, Plaintiff's Vice President of Business Planning, dated April 12, 2007.

4.      Attached hereto as Exhibit B is the deposition transcript of Dindo Reyes, Defendants' predecessor, dated April 23, 2007.

5.      Attached hereto as Exhibit C is the deposition transcript of Defendant Virgelia Villegas, dated April 24, 2007.

6.	Attached hereto as Exhibit D is defendants' trademark application for the mark MISS ASIA-U.S.A. PAGEANT, filed with the United States Patent and Trademark Office on January 30, 2004.

7.	Attached hereto as Exhibit E is Plaintiff's Notice of Opposition to Defendants' trademark application for the MISS ASIA-U.S.A. PAGEANT, filed on July 7, 2005.

8.	Attached hereto as Exhibit F is an Order, dated October 18, 2006, issued by the United States Trademark Trial and Appeal Board suspending the Opposition Proceeding regarding Defendants' MISS ASIA-U.S.A. PAGEANT mark, pending the final determination of this action.

9.	Attached hereto as Exhibit G is Defendants' trademark application for the mark MISS TEEN ASIA USA, filed with the United States Patent and Trademark Office on February 28, 2006.

10.	Attached hereto as Exhibit H is Defendants' trademark application for the mark MRS. ASIA USA, filed with the United States Patent and Trademark Office on February 28, 2006.

11.	Attached hereto as Exhibit I are digital photographs taken from the swimsuit competition of Plaintiff's 2005 MISS USA Pageant broadcast, a DVD of which was submitted to the Court as Exhibit 4 to the Parties' Stipulation filed with Defendants' Motion for Summary Judgment.

12.	Attached hereto as Exhibit J are digital photographs taken from the swimsuit competition of Defendants' 2006 MISS ASIA USA Pageant broadcast, a DVD of which was submitted to the Court as Exhibit 3 to the Parties' Stipulation filed with

Defendants' Motion for Summary Judgment.

Dated: New York, New York
August 3, 2007

_____
ANDREA L. CALVARUSO